No. 81–6871. GIFFORD *v.* TIERNAN, CHAIRMAN, FEDERAL ELECTION COMMISSION. Appeal from C. A. 9th Cir. dismissed for want of jurisdiction. Treating the papers

whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.